Thomas P. Gmelich, Esq., SBN 166562
Lena J. Marderosian, Esq., SBN 102782
G. Dean Guerrero, Esq. SBN 228625
BRADLEY & GMELICH
700 N. Brand Boulevard, 10th Floor
Glendale, CA 91203-1422
Telephone: (818) 243-5200
Facsimile: (818) 243-5266

Attorneys for Defendants, ANASTASIA GEORGIOU, TRUSTEE OF THE ANASTASIA GEORGIOU TRUST; AND CHRIS S. MANITSAS, TRUSTEE OF THE CHRIS S. MANITSAS TRUST;ERRONEOUSLY NAMED AND SUED AS CHRIS S. MANITSAS, TRUSTEE OF THE GEORGE MANITSAS TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRIS S. MANITSAS, TRUSTEE OF THE GEORGE MANITSAS TRUST,<br><br>Defendants. | CASE NO. CV 09 0310<br>Civil Rights<br><br>STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS, ANASTASIA GEORGIOU, TRUSTEE OF THE ANASTASIA GEORGIOU TRUST; AND CHRIS S. MANITSAS, TRUSTEE OF THE CHRIS S. MANITSAS TRUST; ERRONEOUSLY NAMED AND SUED AS CHRIS S. MANITSAS, TRUSTEE OF THE GEORGE MANITSAS TRUST TO EXTEND DEFENDANTS' TIME TO FILE AND SERVE RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINT<br><br>Complaint Filed: January 23, 2009 |

IT IS HEREBY STIPULATED by and between plaintiffs, CRAIG YATES; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS (hereinafter collectively referred to as "Plaintiffs") by their attorney, Thomas E. Frankovich, Esq., and defendants, ANASTASIA GEORGIOU, TRUSTEE OF THE ANASTASIA GEORGIOU TRUST; AND CHRIS S. MANITSAS, TRUSTEE OF THE CHRIS S. MANITSAS TRUST (hereinafter collectively referred to as "Defendants"), by their attorney Lena J. Marderossian, Esq., of Bradley & Gmelich, that Defendants' time to file and

-1-

serve responsive pleadings to Plaintiffs' Complaint has been extended to April 6, 2009.

DATED: March 27, 2009

BRADLEY & GMELICH

By: _____
Thomas P. Gmelich
Lena J. Marderosian
G. Dean Guerrero

Attorneys for Defendants,
ANASTASIA GEORGIOU, TRUSTEE OF THE ANASTASIA GEORGIOU TRUST; AND CHRIS S. MANITSAS, TRUSTEE OF THE CHRIS S. MANITSAS TRUST

DATED: March __, 2009

THOMAS E. FRANKOVICH, ESQ.

By: _____
Thomas E. Frankovich

Attorney for Plaintiffs, CRAIG YATES; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS

-2-

STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE AND SERVE RESPONSIVE PLEADINGS

serve responsive pleadings to Plaintiffs' Complaint has been extended to April 6, 2009.

DATED: March 27, 2009　　　　　　　　BRADLEY & GMELICH

By: _____
　　Thomas P. Gmelich
　　Lena J. Marderosian
　　G. Dean Guerrero

Attorneys for Defendants,
ANASTASIA GEORGIOU, TRUSTEE
OF THE ANASTASIA GEORGIOU
TRUST; AND CHRIS S. MANITSAS,
TRUSTEE OF THE CHRIS S.
MANITSAS TRUST

DATED: March 31, 2009　　　　　　　　THOMAS E. FRANKOVICH, ESQ.

By: _____
　　Thomas E. Frankovich

Attorney for Plaintiffs, CRAIG
YATES; and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU HELP
OTHERS

Dated: April 7, 2009

IT IS SO ORDERED
Judge Joseph C. Spero

-2-

STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE AND SERVE RESPONSIVE PLEADINGS

1 **PROOF OF SERVICE**

2 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3   I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 N. Brand Boulevard, 10th Floor, Glendale, California 91203.

5   On April 6, 2009, I served the foregoing document, described as "**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS, ANASTASIA GEORGIOU, TRUSTEE OF THE ANASTASIA GEORGIOU TRUST; AND CHRIS S. MANITSAS, TRUSTEE OF THE CHRIS S. MANITSAS TRUST; ERRONEOUSLY NAMED AND SUED AS CHRIS S. MANITSAS, TRUSTEE OF THE GEORGE MANITSAS TRUST TO EXTEND DEFENDANTS' TIME TO FILE AND SERVE RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINT**" on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Thomas E. Frankovich, Esq.
A Professional Law Corporation
4328 Redwood Highway, Suite 300
San Rafael, California 94903
(415) 674-8600; Fax (415) 674-9900

__X__ (**BY MAIL**) As follows:

____ I placed such envelope with postage thereon prepaid in the United States mail at Glendale, California.

__X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (**BY ELECTRONIC MAIL**) I sent such document via facsimile mail to the number(s) noted above and the transmission was reported as complete and without error.

____ (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this April 6, 2009, at Glendale, California.

                                                        _/s/ Tish Garcia_____
                                                        Tish Garcia

- 3 -
PROOF OF SERVICE