Thomas P. Gmelich, Esq., SBN 166562
Lena J. Marderosian, Esq., SBN 102782
G. Dean Guerrero, Esq. SBN 228625
BRADLEY & GMELICH
700 N. Brand Boulevard, 10th Floor
Glendale, CA 91203-1422
Telephone: (818) 243-5200
Facsimile:  (818) 243-5266

Attorneys for Defendants, ANASTASIA GEORGIOU, TRUSTEE OF THE ANASTASIA GEORGIOU TRUST; AND CHRIS S. MANITSAS, TRUSTEE OF THE CHRIS S. MANITSAS TRUST; ERRONEOUSLY NAMED AND SUED AS CHRIS S. MANITSAS, TRUSTEE OF THE GEORGE MANITSAS TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRIS S. MANITSAS, TRUSTEE OF THE GEORGE MANITSAS TRUST,<br><br>Defendants.<br><br>AND<br><br>RELATED THIRD PARTY ACTION | CASE NO. C-09-00310 JCS<br>Civil Rights<br><br>[PROPOSED] ORDER REGARDING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS, ANASTASIA GEORGIOU, TRUSTEE OF THE ANASTASIA GEORGIOU TRUST; AND CHRIS S. MANITSAS, TRUSTEE OF THE CHRIS S. MANITSAS TRUST; ERRONEOUSLY NAMED AND SUED AS CHRIS S. MANITSAS, TRUSTEE OF THE GEORGE MANITSAS TRUST TO EXTEND THE DEADLINE TO SERVE INITIAL DISCLOSURES PURSUANT TO F.R.C.P. RULE 26(a), THE FORMAL INSPECTION OF THE SUBJECT PREMISES, AND THE DEADLINE FOR THE SETTLEMENT CONFERENCE PURSUANT TO THE COURT'S GENERAL ORDER NO. 56<br><br>Complaint Filed: January 23, 2009 |

After full consideration of the Stipulation Between Defendants and Plaintiffs to Extend the Deadline to Serve the Initial Disclosures Pursuant to FRCP 26(a), the Formal Inspection of Subject Premises, and the Deadline for the Settlement Conference ("Stipulation"), the Court approves of the Stipulation and sets forth the following deadlines:

-1-

- The deadline to serve Initial Disclosures required by Federal Rules of Civil Procedure 26(a) shall be extended from April 27, 2009 to: June 11, 2009.

- The formal inspection of the subject premises shall be extended from May 4, 2009 to: June 18, 2009.

- The deadline for the formal settlement conference shall be extended from May 14, 2009 to June 29, 2009.

The Court further orders the following:

_____
_____
_____
_____

DATED: April 30, 2009



IT IS SO ORDERED
Judge Joseph C. Spero

-2-

[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND GENERAL ORDER NO. 56 DEADLINES

1  Defendants also require additional time because Defendants have filed a
2  Third Party Complaint against Third Party Defendants. For the sake of judicial
3  economy, the Rule 26(a) disclosures, formal inspection of the subject premises, and
4  formal settlement conference should take place after the Third Party Defendants
5  have been served with the Third Party Summons and Complaint and after they have
6  filed responsive pleadings to same.

7
8  DATED: April 15, 2009                BRADLEY & GMELICH

9
10                                       By: _____
                                             Thomas P. Gmelich
11                                           Lena J. Marderosian
                                             G. Dean Guerrero
12
                                         Attorneys for Defendants,
13                                       ANASTASIA GEORGIOU,
                                         TRUSTEE OF THE ANASTASIA
14                                       GEORGIOU TRUST; AND CHRIS S.
                                         MANITSAS, TRUSTEE OF THE
15                                       CHRIS S. MANITSAS TRUST

16  DATED: April 27, 2009               THOMAS E. FRANKOVICH, ESQ.
17
18                                       By: _____
19                                           Thomas E. Frankovich

20                                       Attorney for Plaintiffs, CRAIG
                                         YATES; and DISABILITY RIGHTS,
21                                       ENFORCEMENT, EDUCATION,
                                         SERVICES: HELPING YOU HELP
22                                       OTHERS

23
24
25
26
27
28

BRADLEY & GMELICH

-3-

STIPULATION TO EXTEND GENERAL ORDER NO. 56 DEADLINES

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 N. Brand Boulevard, 10th Floor, Glendale, California 91203.

On April 29, 2009, I served the foregoing document, described as "[PROPOSED] ORDER REGARDING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS, ANASTASIA GEORGIOU, TRUSTEE OF THE ANASTASIA GEORGIOU TRUST; AND CHRIS S. MANITSAS, TRUSTEE OF THE CHRIS S. MANITSAS TRUST; ERRONEOUSLY NAMED AND SUED AS CHRIS S. MANITSAS, TRUSTEE OF THE GEORGE MANITSAS TRUST TO EXTEND THE DEADLINE TO SERVE INITIAL DISCLOSURES PURSUANT TO F.R.C.P. RULE 26(a), THE FORMAL INSPECTION OF THE SUBJECT PREMISES, AND THE DEADLINE FOR THE SETTLEMENT CONFERENCE PURSUANT TO THE COURT'S GENERAL ORDER NO. 56" on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Thomas E. Frankovich, Esq.
A Professional Law Corporation
4328 Redwood Highway, Suite 300
San Rafael, California 94903
(415) 674-8600; Fax (415) 674-9900

__X__   **(BY MAIL)** As follows:

____   I placed such envelope with postage thereon prepaid in the United States mail at Glendale, California.

__X__   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

____   **(BY ELECTRONIC MAIL)** I sent such document via facsimile mail to the number(s) noted above and the transmission was reported as complete and without error.

____   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this April 29, 2009, at Glendale, California.

Denise Adair Lewis

-3-