THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:    415/444-5800
Facsimile:    415/444-5805

Attorneys for Plaintiffs
CRAIG YATES, an individual; and
DISABILITY RIGHTS, ENFORCEMENT,
EDUCATION, SERVICES:HELPING
YOU HELP OTHERS, a California
public benefit corporation,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRIS S. MANITSAS, TRUSTEE OF THE GEORGE MANITSAS TRUST,<br><br>    Defendant. | CASE NO. CV-09-0310-JCS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: December 14, 2011        THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*


                                By:   /s/ *Thomas E. Frankovich*
                                      Thomas E. Frankovich
                                Attorney for CRAIG YATES, an individual; and
                                DISABILITY RIGHTS, ENFORCEMENT,
                                EDUCATION, SERVICES:HELPING YOU HELP
                                OTHERS, a California public benefit corporation


Dated: December 14, 2011        BRADLEY & GMELICH



                                By:   /s/ *G. Dean Guerrero, Esq.*
                                      G. Dean Guerrero, Esq
                                Attorneys for CHRIS S. MANITSAS, TRUSTEE OF
                                THE GEORGE MANITSAS TRUST


## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: December 16, 2011

                                _____
                                Honorable Magistrate Judge Joseph C. Spero
                                UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON    CV-09-0310-JCS